AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DONNIE R. CLEMONS** | Case No.   **1:11CR10025-01** |
| | USM No.   10593-010 |
| | William A. McLean |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   _2 - 6 listed below_   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Mandatory Cond.- Use of illegal drugs - marijuana and opiates | 10/22/2014 |
| 3 | Standard Cond. No. 1- Travel outside of district without permission | 3/8/2015 |
| 4 | Standard Cond. No. 3- False statements to PO and failure to report to office as directed | 6/5/2014 |
| 5 | Standard Cond. No. 9- Association with convicted felons | 6/5/2014 |
| 6 | Special Cond. No. 3- Failure to report for drug testing | 6/4/2014 |

The defendant is sentenced as provided in pages 2 through   _2_   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   _1 of Viol. Petition_   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.:   1769 | April 2, 2015 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1980 | |
| | /s/ Harry F. Barnes |
| | Signature of Judge |
| City and State of Defendant's Residence: | |
| El Dorado, Arkansas | Hon. Harry F. Barnes, Senior U.S. District Judge |
| | Name and Title of Judge |
| | April 3, 2015 |
| | Date |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: **DONNIE R. CLEMONS**
CASE NUMBER: **1:11CR10025-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **Four (4) Months**, with no supervision to follow imprisonment.

X   The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be allowed to participate in substance abuse treatment.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X   before 2 p.m. on   4/22/2015   .
    X   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL